[No. 28518-1-I. Division One. November 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN MAGANA, *Defendant*, JOSE TALAVERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06120-1, Nancy A. Holman, J., entered June 5, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28343-0-I. Division One. November 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON RESENDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00342-1, James H. Allendoerfer, J., entered April 10, 1991. *Affirmed* by unpublished per curiam opinion.

[Nos. 30881-5-I; 31050-0-I; Division One. November 9, 1992.]
31154-9-I.

THE CITY OF MOUNT VERNON, *Petitioner*, v. GARY M. WESTON, *Respondent*.

THE CITY OF MOUNT VERNON, *Petitioner*, v. JOSE M. SORIANO, *Respondent*.

THE STATE OF WASHINGTON, *Petitioner*, v. WAYNE NORRIS, *Respondent*.

Appeals from judgments of the Superior Court for Skagit County, Nos. 91-1-00493-4, 91-1-00402-1, 90-1-00492-8, Stanley K. Bruhn and Gilbert E. Mullen, JJ., entered May 8, 14, and 29, 1992. *Reversed* by unpublished per curiam opinion. Now published at 68 Wn. App. 411.